ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of - | ) | |
| | ) | |
| Accel Pacific Joint Venture | ) | ASBCA No. 62429 |
| | ) | |
| Under Contract No. FA4407-14-D-0020 | ) | |

APPEARANCE FOR THE APPELLANT:     David A. Rose, Esq.
    Rose Consulting Law Firm
    Valdosta, GA

APPEARANCES FOR THE GOVERNMENT:     Jeffrey P. Hildebrant, Esq.
    Air Force Deputy Chief Trial Attorney
    Michael J. Farr, Esq.
    Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  January 25, 2021

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62429, Appeal of Accel Pacific Joint Venture, rendered in conformance with the Board's Charter.

Dated:  January 26, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals